FILED
U.S. DISTRICT COURT
DIST OF ...

05 JUL 11  AM 9: 36

RALPH ... LOACH
CLERK
BY_____DEPUTY
AT KANSAS CITY, KS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CREATIVE CONSUMER CONCEPTS, INC.<br>10955 Granada Lane<br>Overland Park, Kansas 66211,<br><br>Plaintiff,<br><br>Vs.<br><br>LAURA KREISLER<br>6229 Moats Avenue<br>Kansas City, Missouri 64133<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. <u>05-CV-2045 CM</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO CONTINUE TRIAL

Now come Laura Kreisler, Defendant respectfully moves to continue this case from July 21, 2005 to a date after which Defendant has been able to obtain counsel and after the corresponding criminal trial which is currently set for September 21, 2005. As grounds for this motion defendant shows the court:

1. Defendant filed this case as pro se defendant after attempts to obtain counsel in February 2005 were unsuccessful.

2. Defendant is currently attempting to obtain counsel, however the pending trial date of July 21, 2005 is hampering the process and additionally the time required is extensive.

3. Defendant is currently involved in preparing defense for criminal trial in Johnson County Kansas.

Respectfully submitted,

_____

Laura R. Kreisler
6229 Moats Drive
Kansas City, MO 64133
816-456-3460

Defendant

## **CERTIFICATE OF SERVICE**

It is hereby certified that the original of Defendants Motion for Continuance were mailed by United States mail, this 11th day of July, 2005 to:

Rachel Baker
Seigfreid, Bingham, Levy, Selzer & Gee, P.C.
2800 Commerce Tower
911 Main Street
Kansas City, MO  64105

Attorneys for Plaintiff