# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CREATIVE CONSUMER CONCEPTS, INC., | )<br>)<br>) |
| Plaintiff | ) Case No. 05-CV-2045 CM |
| vs. | )<br>) |
| LAURA KREISLER, | )<br>) |
| Defendant | |

## MOTION TO CONTINUE TRIAL TO THE COURT ON THE VALIDITY OF THE RELEASE AND TO SET ASIDE THE CURRENT SCHEDULING ORDER WITH SUGGESTIONS IN SUPPORT

**COMES NOW** the Defendant, by and through her attorneys Jonathan P. Tomes and Richard D. Dvorak, of Tomes & Dvorak Chartered, who states as follows in support of her request to continue the scheduled trial to the Court and to set aside the current scheduling order with suggestions in support, to wit:

1. On July 13, 2005, the Defendant, after diligent efforts to find legal counsel to represent her, has retained the law firm of Tomes & Dvorak, Chartered.

2. As a result of being recently retained, her new counsel of record has had no opportunity to prepare to represent her in the above captioned matter.

3. The Defendant is currently facing criminal charges for acts similar to and arising out of those facts as alleged and set forth in Plaintiff's Complaint in the above captioned matter.

4. The Defendants criminal attorney has declined to represent her in the instant case.

*Creative Consumer Concepts, Inc., v. Laura Kreisler;* 05-CV-2045 CM　　　　Prepared by Tomes & Dvorak, Chartered
REQUEST TO CONTINUE & SET ASIDE　　　　7111 W. 98th Terrace, Suite 140, Ovreland Park, KS 66212
Page 1 of 2　　　　(913) 385-7990 Office; (913) 385-7997 Fax

T:\1lw\Kreisler\Motion to Continue.wpd

5.  The criminal case and this case are so intertwined that under the due process clause of the 5th Amendment to the U.S. Constitution and her right to counsel under the 6th Amendment of the U.S. Constitution, that denying her a continuance and setting aside the current scheduling order would violate those rights and would prevent Tomes & Dvorak from providing her with properly prepared and competent legal representation.

**RESPECTFULLY SUBMITTED**,

   /s/
_____
Richard D. Dvorak, KS BAR #15702
Jonathan P. Tomes, KS BAR #18413
Tomes & Dvorak, Chartered,
7111 West 98th Terrace Ste. 140
Overland Park, KS 66212
(913) 385-7990 Office, (913) 385-7997 Fax

## CERTIFICATE OF SERVICE

TO: Rachel H. Baker, Seigfreid, Bingham, Levy, Selzer, & Gee, P.C., 2800 Commerce Tower, 911 Main Street, Kansas City, MO 64105, Fax 816/474-3447

I certify that on July 13, 2005, I served a copy of the foregoing by mailing a copy to each person to whom it is directed, postage prepaid, via U.S. mail courier, or by facsimile transmission to the telephone number listed above, or by hand delivery.

   /s/
_____
Richard D. Dvorak

*Creative Consumer Concepts, Inc., v. Laura Kreisler;* **05-CV-2045 CM**        Prepared by Tomes & Dvorak, Chartered
**REQUEST TO CONTINUE & SET ASIDE**        7111 W. 98th Terrace, Suite 140, Ovreland Park, KS 66212
**Page 2 of 2**        (913) 385-7990 Office; (913) 385-7997 Fax

T:\1lw\Kreisler\Motion to Continue.wpd