**CLERK'S COURTROOM MINUTE SHEET - GENERAL**

**CASE NO. 05-2045-CM-DJW**

| **CAPTION:** | **APPEARANCES:** |
|---|---|
| CREATIVE CONSUMER CONCEPTS, INC., | Rachel H. Baker |
| Plaintiff, | |
| vs. | |
| LAURA KREISLER, | Richard D. Dvorak |
| Defendant. | |

**Judge:** David J. Waxse  **Clerk:** None  **Recorded**: N/A

**Date**: July 14, 2005  **Location**: Kansas City

**Hearing Completed:** ( X ) Yes  ( ) No

(X) Motion Hearing  ( ) Status Conference  ( ) Settlement Conference

( ) Other: _____

**PROCEEDINGS**

Motion to Continue Trial [Doc. 22] - Granted, with a new trial setting of September 28, 2005, at 2:00 p.m., before Judge Murguia.

Motion to Continue Trial to the Court on the Validity of the Release and to Set Aside the Current Scheduling Order with Suggestions in Support [Doc 26] - Taken under advisement. The parties are to consult and either reach an agreement regarding the schedule and so advise the court, or if no agreement can be reached, plaintiff shall respond to defendant's motion by July 28, 2005.